AO 10
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

COPY

Report Required by the Ethics
in Government Act of 1978
(U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Elfvin, John T | 2. Court or Organization<br><br>U.S.D.Ct., W.D.N.Y. | 3. Date of Report<br><br>05/22/2006 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S.D.J. (Sr.) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b.   ☐   Amended Report | 6. Reporting Period<br><br>01/01/2005<br>to<br>12/31/2005 |
| 7. Chambers or Office Address<br><br>68 Court Street<br>Buffalo, NY 14202 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Co-Trustee | Trust under LW&T ▇▇▇▇▇▇▇ |
| 2. Director | Allen F. Pierce Foundation |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2006 JUN -7 A 11: 13
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

[X]  NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[X]  NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-34 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Dupont 3.50 Pfd | B | Dividend | K | T | | | | | |
| 2. | | | | | | | | | |
| 3. Bank of America MM - formerly Fleet - Jt acct | A | Interest | M | T | | | | | |
| 4. Bank of America Ckg- formerly Fleet Jt. acct | A | Interest | K | T | | | | | |
| 5. Energy East - Cmn. | A | Dividend | J | T | | | | | |
| 6. Mfrs & Traders Tr - Svgs | A | Interest | K | T | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. AT&T Cmn | A | Dividend | | T | merger | 11/29 | L | A | |
| 10. Mechanicville NYC Sch. Dist 5.00 | C | Interest | L | T | | | | | |
| 11. Bank of NY - Cmn | E | Dividend | O | T | | | | | |
| 12. | | | | | | | | | |
| 13. Bell South - Cmn | B | Dividend | K | T | | | | | |
| 14. Chevron Texaco | D | Dividend | M | T | | | | | |
| 15. DTE Energy - Cmn | B | Dividend | K | T | | | | | |
| 16. Eastman Kodak - Cmn | A | Dividend | K | T | | | | | |
| 17. Gen. Elec. - Cmn | D | Dividend | O | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. IBM - Cmn | C | Dividend | N | T | | | | | |
| 19. International Paper - Cmn | A | Dividend | K | T | | | | | |
| 20. Mineola NY Unfree SD 5.00 | B | Interest | L | T | | | | | |
| 21. JP Morgan Chase - Cmn | E | Dividend | N | T | | | | | |
| 22. Scudder Gr. & Inc - Cmn | A | Dividend | K | T | | | | | |
| 23. Sears Roebuck - Cmn. | A | Dividend | K | T | partial sale | 3/30 | J | D | |
| 24. | | | | | merger | 4/7 | J | A | |
| 25. NYS Env. FACS Clean Wtr. & Drink 5.000 | B | Interest | L | T | | | | | |
| 26. Triboro Brdg. & Tunl 5.00 | C | Interest | L | T | | | | | |
| 27. Whirlpool - Cmn | B | Dividend | L | T | | | | | |
| 28. | | | | | | | | | |
| 29. Key Bank Savings | A | Interest | L | T | | | | | |
| 30. | | | | | | | | | |
| 31. Buffalo Water Fin. of 5.5 Bond | B | Interest | | T | Redemption | 7/1 | K | A | |
| 32. | | | | | | | | | |
| 33. | | | | | | | | | |
| 34. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | | | | | |
| 36. | | | | | | | | | |
| 37. | | | | | | | | | |
| 38. | | | | | | | | | |
| 39. | | | | | | | | | |
| 40. | | | | | | | | | |
| 41. NYS Med. Care (St. Peters) 5.375 bond | C | Interest | L | T | | | | | |
| 42. | | | | | | | | | |
| 43. Eastman Chemical | A | Dividend | K | T | | | | | |
| 44. | | | | | | | | | |
| 45. NYS DA Revs 5.5 Bond | B | Interest | K | T | | | | | |
| 46. NYS Med. Care (St. Lukes) 5.625 bond | B | Interest | | T | Redemption | 12/21 | K | B | |
| 47. | | | | | | | | | |
| 48. | | | | | | | | | |
| 49. Allstate Corp. | B | Dividend | K | T | | | | | |
| 50. SBC Comm. | C | Dividend | | T | merger | 11/23 | J | A | |
| 51. Burlington & No SF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. E. Glenville FB 5.6 Bond | C | Interest | L | T | | | | | |
| 53. Erie Co. 5.6 Bond | C | Interest | L | T | | | | | |
| 54. Monroe Cty. Wtr. Auth. 5.25 bond | C | Interest | L | T | | | | | |
| 55. | | | | | | | | | |
| 56. NYS Prof. Fin ag. HUD 4.85 bond | A | Interest | | T | Redemption | 1/28 | K | D | |
| 57. | | | | | | | | | |
| 58. N. Bellmore UfSd 5.625 bond | B | Interest | K | T | Part. Redemp | 8/3 | K | A | |
| 59. | | | | | | | | | |
| 60. Lucent - Cmn | | None | J | T | | | | | |
| 61. NYS dorm (St. Univ. Fac) 5.25 bond | C | Interest | | T | Redemption | 7/1 | L | B | |
| 62. NYS HFA - Rev -RFDG 5.75 bond | C | Interest | L | T | | | | | |
| 63. | | | | | | | | | |
| 64. NYS Thruway 5.25 bond | B | Interest | K | T | | | | | |
| 65. NYS Urban Dev. 5.25 Bond | B | Interest | K | T | | | | | |
| 66. | | | | | | | | | |
| 67. | | | | | | | | | |
| 68. Yonkers B/E 5.125 bond | B | Interest | K | T | | | | | |

1. Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
   F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
   N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3. Value Method Codes: (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
   U =Book Value  V =Other  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Gallaher | D | Dividend | M | T | | | | | |
| 70. | | | | | | | | | |
| 71. NYS Dorm (Barnard) 5.25 bond | B | Interest | K | T | | | | | |
| 72. NYS Dorm (Cornell) 5.4 bond | B | Interest | K | T | | | | | |
| 73. NYS Dorm (Ment. Hlth.) 5.3 bond | C | Interest | L | T | | | | | |
| 74. NYS Dorm (Ment. Hlth.) 5.0 bond | C | Interest | L | T | | | | | |
| 75. NYS Dorm (St. Jos. Hosp.) 5.25 bond | B | Interest | K | T | | | | | |
| 76. NYS Loc. Gov't Asst. 5.32 bond | B | Interest | K | T | | | | | |
| 77. NYS Loc. Gov't Asst. 5.375 bond | C | Interest | L | T | | | | | |
| 78. NYS Thruway 5.0 bond | C | Interest | M | T | | | | | |
| 79. | | | | | | | | | |
| 80. Troy MAC 5.0 bond | B | Interest | K | T | | | | | |
| 81. Citigroup - Cmn | D | Dividend | N | T | | | | | |
| 82. | | | | | | | | | |
| 83. First Union - Wachovia | E | Dividend | O | T | | | | | |
| 84. Morgan Stanley DW | A | Dividend | K | T | | | | | |
| 85. Fortune Brands | C | Dividend | M | T | Spin Off | 8/24 | M | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Albany Co. Airport 4.75 bond | B | Interest | L | T | | | | | |
| 87. Buffalo Mun. Water 4.625 | B | Interest | L | T | | | | | |
| 88. LI Power Authority 5.0 bond | A | Interest | K | T | | | | | |
| 89. Metro trans. Auth 5.0 bond | B | Interest | K | T | | | | | |
| 90. NYS Dorm Auth. Res. Hosp. 4.75 bond | B | Interest | L | T | | | | | |
| 91. NYS Dorm Auth. (Vassar) 5.25 bond | C | Interest | L | T | | | | | |
| 92. No. Colonie (KSD) 4.9 bond | C | Interest | L | T | | | | | |
| 93. Otsego Co. IDA 5.125 bond | C | Interest | L | T | | | | | |
| 94. Otsego Co. IDA 5.125 bond | C | Interest | L | T | | | | | |
| 95. Constellation Energy - Cmn | B | Dividend | L | T | | | | | |
| 96. Exxon/Mobil - Cmn. | E | Dividend | O | T | | | | | |
| 97. | | | | | | | | | |
| 98. Nassau Co. 5.1 bond | C | Interest | L | T | | | | | |
| 99. NYS Com. Adv. 5.125 bond | C | Interest | L | T | | | | | |
| 100. NYS SER 5.00 bond | C | Interest | L | T | | | | | |
| 101. NYS Dorm (City Univ.) 5.00 bond | B | Interest | L | T | | | | | |
| 102. NYS Dorm (Ment. Hlth.) 5.00 bond | C | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. NYS Dorm (Mt. Sinai Med. Sch.) 5.00 bond | D | Interest | M | T | | | | | |
| 104. NYS Dorm (No. Shore Hosp.) 5.25 bond | C | Interest | L | T | | | | | |
| 105. NYS Dorm (Ment. Hlth.) 5.00 bond | C | Interest | M | T | | | | | |
| 106. NYS Thruway 5.0 bond | C | Interest | M | T | | | | | |
| 107. NY NY Ser D 5.25 | C | Interest | L | T | | | | | |
| 108. Clymer CSD 5.2 bond | B | Interest | K | T | | | | | |
| 109. Longwood CSD 5.0 bond | B | Interest | L | T | | | | | |
| 110. NYC Hlth & Hosp. 5.0 | C | Interest | L | T | | | | | |
| 111. | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. NYS Env. Facs 5.0 bond | C | Interest | L | T | | | | | |
| 114. NYS Energy (Lilco) 5.15 bond | D | Interest | M | T | | | | | |
| 115. NYS Thruway 5.0 bond | B | Interest | K | T | | | | | |
| 116. Yonkers 5.0 bond | C | Interest | L | T | | | | | |
| 117. Verizon - Cmn | B | Dividend | K | T | | | | | |
| 118. Exelon - Cmn | B | Dividend | L | T | | | | | |
| 119. Qwest Communiucations | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dominion Resources - Cmn | D | Dividend | M | T | | | | | |
| 121. | | | | | | | | | |
| 122. BP PLC (formerly ARCO) | C | Dividend | M | T | | | | | |
| 123. Long Island Power 4.75 | C | Interest | L | T | | | | | |
| 124. Peru CSD 4.625% | C | Interest | M | T | | | | | |
| 125. Albion CSC 5.00% | C | Interest | M | T | | | | | |
| 126. | | | | | | | | | |
| 127. New York NY Ser. G 5.0 | C | Interest | L | T | | | | | |
| 128. NYC Mun. Wtr. 5.375 | B | Interest | K | T | | | | | |
| 129. | | | | | | | | | |
| 130. New York State 4.75 % (11/1/23) | C | Interest | L | T | | | | | |
| 131. NY NYC Trans Fin Auth 5.00 | C | Interest | L | T | | | | | |
| 132. NYS Dorm Auth. (Fordham) 5.00 | C | Interest | M | T | | | | | |
| 133. NYS Dorm Auth. Rev. S/D Fing Ser A 5.00 | C | Interest | L | T | | | | | |
| 134. Comcast Corp. Cl. A. - Cmn (PPE) | | None | J | T | | | | | |
| 135. Pepco Holdings Inc. - Cmn | A | Dividend | J | T | | | | | |
| 136. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | | | | | |
| 138. | | | | | | | | | |
| 139. | | | | | | | | | |
| 140. AT&T Cmn. | A | Dividend | | T | Merger | 11/29 | J | A | -- |
| 141. BP - Amoco - Cmn | C | Dividend | M | T | | | | | |
| 142. Bell South | A | Dividend | J | T | | | | | |
| 143. Dupont - Cmn. | B | Dividend | K | T | | | | | |
| 144. Bank of America- Money Market | A | Interest | J | T | | | | | |
| 145. Bank of America - Savings | A | Interest | M | T | | | | | |
| 146. | | | | | | | | | |
| 147. Ford Mtr. - Cmn | A | Dividend | J | T | | | | | |
| 148. Gen Mtrs. - Cmn | A | Dividend | J | T | | | | | |
| 149. Halliburton - Cmn | A | Dividend | K | T | | | | | |
| 150. IBM - Cmn | D | Dividend | O | T | | | | | |
| 151. Lockheed Martin - Cmn | C | Dividend | N | T | | | | | |
| 152. Lucent Technologies - Cmn | | None | J | T | | | | | |
| 153. Comcst Corp. Cl A - cmn | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Raytheon - Cmn | A | Dividend | J | T | | | | | |
| 155. AT&T Inc. Com | | None | J | T | Merger | 11/29 | J | A | |
| 156. | | | | | Partial Sale | 12/12 | J | A | |
| 157. | | | | | | | | | |
| 158. | | | | | | | | | |
| 159. | | | | | | | | | |
| 160. NYS Dorm (Cornell) 5.4 bond | B | Interest | K | T | | | | | |
| 161. NYS Dorm (Ment. Hlth.) 5.0 bond | A | Interest | J | T | | | | | |
| 162. NYS Dorm (Vassar) 5.25 bond | A | Interest | J | T | | | | | |
| 163. | | | | | | | | | |
| 164. | | | | | | | | | |
| 165. Verizon - Cmn. | A | Dividend | J | T | | | | | |
| 166. Delphi Auto - Cmn. | A | Dividend | J | T | | | | | |
| 167. | | | | | | | | | |
| 168. | | | | | | | | | |
| 169. LI Power Auth 5.0 bond | B | Interest | K | T | | | | | |
| 170. NYS Dorm (RIT) 5.3 bond | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. | | | | | | | | | |
| 172. Foot Locker Inc. - Cmn | A | Dividend | J | T | | | | | |
| 173. Evergreen Fund | | Dividend | | | transfer | 1/1 | J | A | |
| 174. NYC Metropolitan 5.0 | B | Interest | K | T | | | | | |
| 175. Electronic Data Sys Corp. NEW - Cmn | A | Dividend | J | T | | | | | |
| 176. | | | | | | | | | |
| 177. | | | | | | | | | |
| 178. Eastman Chemical - Cmn | A | Dividend | J | T | | | | | |
| 179. Emerson Elec. - Cmn | B | Dividend | K | T | | | | | |
| 180. General Electric - Cmn | D | Dividend | N | T | Part. Donate | 6/29 | K | A | |
| 181. Gallaher Group - Cmn | D | Dividend | N | T | | | | | |
| 182. Fortune Brands - Cmn. | C | Dividend | M | T | partial sale | 6/1 | J | D | |
| 183. | | | | | Part. Donate | 6/29 | L | A | |
| 184. | | | | | Spin Off | 8/24 | J | A | |
| 185. Eastman Kodak- Cmn. | A | Dividend | K | T | | | | | |
| 186. General Motors - Cmn. | B | Dividend | K | T | | | | | |
| 187. Whirlpool- Cmn | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 188. IBM - Cmn | C | Dividend | N | T | | | | | |
| 189. | | | | | | | | | |
| 190. | | | | | | | | | |
| 191. Raytheon - Cmn. | A | Dividend | J | T | | | | | |
| 192. Bristol Myers - Cmn. | B | Dividend | K | T | | | | | |
| 193. | | | | | | | | | |
| 194. Chevron Texaco | C | Dividend | M | T | | | | | |
| 195. | | | | | | | | | |
| 196. | | | | | | | | | |
| 197. AT&T - Cmn | A | Dividend | | T | merger | 11/29 | J | A | |
| 198. | | | | | | | | | |
| 199. Bell South - Cmn. | C | Dividend | L | T | | | | | |
| 200. DQE Inc. - Cmn. | C | Dividend | K | T | | | | | |
| 201. DTE Energy - Cmn. | C | Dividend | L | T | | | | | |
| 202. Energy East - Cmn | D | Dividend | M | T | | | | | |
| 203. | | | | | | | | | |
| 204. Bank America - Cmn. | E | Dividend | N | T | partial sale | 1/25 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS _– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)_

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | | | | | |
| 206. First UC - Cmn./Wachovia | B | Dividend | K | T | partial sale | 2/25 | L | F | |
| 207. | | | | | | | | | |
| 208. PNC Fin. Corp. - Cmn. | C | Dividend | M | T | | | | | |
| 209. 1st Union Tr. Mon. Mkt./Wachovia | A | Interest | J | T | | | | | |
| 210. | | | | | | | | | |
| 211. BP PLC Sponsored ADR | C | Dividend | M | T | | | | | |
| 212. Exxon/Mobil | D | Dividend | N | T | Part. Donate | 6/29 | L | | |
| 213. | | | | | partial Sale | 11/29 | K | E | |
| 214. Constellation Energy Group Cmn. | B | Dividend | L | T | | | | | |
| 215. | | | | | | | | | |
| 216. | | | | | | | | | |
| 217. Verizon - Cmn. | D | Dividend | M | T | Part. Donate | 6/29 | K | | |
| 218. Schwab - Cmn | B | Dividend | M | T | Part. Donate | 6/29 | K | | |
| 219. | | | | | | | | | |
| 220. Xcel Energy - Cmn. | B | Dividend | K | T | | | | | |
| 221. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. JP Morgan Chase & Co. - Cmn. | D | Dividend | M | T | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. Mt. Vernon NYC 4.2 | C | Interest | L | T | | | | | |
| 227. Suffolk Cnty. NY 4.5 | C | Interest | M | T | | | | | |
| 228. NYS Env. FDS 2nd Res-I 4.75 | D | Interest | M | T | | | | | |
| 229. Mt. Vernon NYC 4.0 | A | Interest | K | T | | | | | |
| 230. Amherst 5.0 | C | Interest | M | T | | | | | |
| 231. Triborough Sub 5.0 | D | Interest | N | T | | | | | |
| 232. Metro Trans. Auth. 5.0 | C | Interest | L | T | | | | | |
| 233. Metro Trans. Auth. Ded. Tax 5.0 | C | Interest | M | T | | | | | |
| 234. Valhi Inc. - Cmn. | A | Dividend | J | T | | | | | |
| 235. Bank Of America Corp. (F/K/A Fleet Boston) | B | Dividend | K | T | | | | | |
| 236. St. Paul (F/K/A Travelers Prop Class A&B) | A | Dividend | K | T | | | | | |
| 237. Syosset NY - Cent. Sch Dist. 4.625 (AFP) | A | Interest | K | T | | | | | |
| 238. Madison Cnty NY 4.375 (AFP) | A | Interest | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Syosset NY - Cent. Sch. Dist. 4.625 (PPE) | C | Interest | M | T | | | | | |
| 240. Freeport NY Ser A 4.5 | C | Interest | M | T | | | | | |
| 241. Madison Cnty NY 4.375 (PPE) | C | Interest | L | T | | | | | |
| 242. Metro Trans Ded. Tax Ser A 5.0 | C | Interest | M | T | | | | | |
| 243. NYS Env. Clean Water Drink 5.0 | C | Interest | M | T | | | | | |
| 244. Albany NY Mun Wtr. Fin Auth. 5.0 | C | Interest | M | T | | | | | |
| 245. NYS Dorm Auth. (St. Univ) 4.500 | C | Interest | L | T | | | | | |
| 246. LI Power Auth 5.125 | C | Interest | L | T | | | | | |
| 247. ACCO Brands Corp Cmn- BNP | A | Dividend | K | T | spin off | 8/24 | K | | |
| 248. | | | | | partial sale | 8/24 | J | A | |
| 249. Sears Holding Corp | | None | K | T | merger | 4/7 | J | A | |
| 250. | | | | | partial sale | 4/11 | J | A | |
| 251. AT&T Inc. - Cmn | | None | L | T | Merger | 11/23 | L | | |
| 252. | | | | | Merger | 11/29 | L | | |
| 253. ACCO Brands Corp - Cmn (PPE) | | None | J | T | Spin Off | 8/24 | J | | |
| 254. Livingston 4.5% 5/1/2033 | C | Interest | L | T | Buy | 5/17 | M | | |
| 255. Metrop Trans 4.375 | B | Interest | K | T | Buy | 9/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Monroe CTY 4.25% 6/1/2025 | D | Interest | M | T | Buy | 7/8 | M | | |
| 257. NY NY Muni Water 5% 6/15/2036 | B | Interest | L | T | Buy | 7/22 | L | | |
| 258. NY 4.5% 11/15/2007 | B | Interest | K | T | Buy | 9/22 | K | | |
| 259. NY NY CTY 4.5% 2/1/2034 | C | Interest | M | T | Buy | 2/2 | M | | |
| 260. Suffolk CTY 4.5% 6/1/2027 | C | Interest | M | T | Buy | 12/19 | M | | |
| 261. wachovia (PPE) | | None | K | T | transfer | 1/1 | K | A | |
| 262. AT&T Inc. - Cmn (BNP) | | None | J | T | Merger | 11/29 | J | A | |
| 263. | | | | | Partial Sale | 12/1 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Elfvin, John T | 05/22/2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____ /s/ John T. Elfvin ██████ _____ Date Buffalo, N.Y. June 2, 2006

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544